**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Pim Shih, | |
| Plaintiff, | 1:25-cv-07671 (JPC) (SDA) |
| -against- | AMENDED ORDER OF SERVICE |
| Artists & Fleas Chelsea Market and Jamestown LP, | |
| Defendants. | |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

Plaintiff Pim Shih ("Plaintiff"), proceeding *pro se*, brings this action asserting claims of discrimination based on race, ethnicity and religion, as well as claims for emotional distress, arising out of an incident that occurred at Artists & Fleas, a retail marketplace located inside Chelsea Market, on August 26, 2025. (Compl., ECF No. 1, at PDF pp. 1-2.) Plaintiff filed the Complaint on September 16, 2025. (*Id.*) On November 10, 2025, the Court entered an Order of Service noting that Plaintiff sued, *inter alia*, "'Artists & Fleas Chelsea Market,' which appears to be the Artists & Fleas Market located within the Chelsea Market, in New York, New York[.]" (11/10/25 Order, ECF No. 8.[1])

A Summons was issued to Artists & Fleas Market - 88 Tenth Avenue New York, New York 10011 on November 19, 2025. (Summons, ECF No. 9.) On March 11, 2026, a Marshal's Process

---

[1] On September 23, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. (9/23/25 Order, ECF No. 5.)  Thus, Plaintiff is entitled to assistance from the United States Marshals Service ("USMS") to effect service. *See Walker v. Schult*, 717 F.3d 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

Receipt was filed to the electronic docket indicating that Artists & Fleas Market was served at the address listed in the Summons and that service was accepted by Community Manager Anna Kleinhanzl. (Marshal's Process Receipt, ECF No. 17.) As of the date of this Order, no one has appeared or answered on behalf of Artists & Fleas Chelsea Market.

On May 20, 2026, Plaintiff filed a request for entry of default. (Pl.'s 5/20/26 Request, ECF No. 20.) Plaintiff's filing did not include a supporting Affirmation or proposed Certificate of Default, as required by Local Civil Rule 55.1,[2] and the Clerk of Court has not entered a Certificate of Default. Having reviewed the Summons, Process Receipt and information publicly available on the New York Secretary of State's website, it now appears to the Court that the intended defendant is Artists & Fleas Chelsea, LLC, 144 North 7th Street, Suite 518, Brooklyn, NY 11249.

Because there is a "strong preference for resolving disputes on the merits," *City of New York v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 129 (2d Cir. 2011), and it is well-settled that "defaults are generally disfavored and are reserved for rare occasions," *Enron Oil Corp. v. Diakuhara*, 10 F.3d 90, 96 (2d Cir. 1993), the Court will again attempt to facilitate service.

To allow Plaintiff to effect service on Artists & Fleas Chelsea, LLC through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Artists & Fleas Chelsea, LLC. The Clerk of Court is further

---

[2] "A party seeking entry of default under Fed. R. Civ. P. 55(a) must file: (1) a "Request to Enter Default," in a form prescribed by the clerk; (2) an affidavit or declaration showing: (a) that the requirements of Fed. R. Civ. P. 4 for service or waiver of service have been satisfied; and (b) that the party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend; (3) a proposed "Clerk's Certificate of Default," in a form prescribed by the clerk; and (4) a certificate of service showing that the foregoing documents have been personally served on, or mailed to the last known residence (for an individual defendant) or business address (for other defendants) of, the party against whom default is sought." Local Civ. R. 55.1(a).

instructed to issue an amended summons and deliver to the U.S. Marshals Service all the paperwork necessary for the U.S. Marshals Service to effect service upon Artists & Fleas Chelsea, LLC. In an abundance of caution, the Marshals are directed to attempt service at both the Brooklyn address (144 North 7th Street, Suite 518, Brooklyn, NY 11249) and via the New York Secretary of State (One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231). *See Nielsen v. J.C. Penny Co., Inc.*, No. 23-CV-05619 (JGLC) (JLC), 2024 WL 1962297, at *1 (S.D.N.Y. May 3, 2024) (directing USM service in IFP case to defendant's address and via the New York Secretary of State).

The deadline for Plaintiff to serve Artists & Fleas Chelsea, LLC is extended to 90 days from the date the amended summons is issued. *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated:      New York, New York
            June 8, 2026

_____
STEWART D. AARON
United States Magistrate Judge

3