Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

mpapasevastos@seyfarth.com
T (212) 218-5576

www.seyfarth.com

September 17, 2026

**VIA ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Suite 400
New York, NY 10007

Application GRANTED. The Court agrees with Defendant Jamestown that proceeding with discovery without Defendant Artists & Fleas is likely to be inefficient and result in duplicative proceedings. Accordingly, the Court finds that there is good cause to delay the Rule 16 conference until Defendant Artists & Fleas is served with the Complaint and can appear in this action. In addition, because Defendant Jamestown indicates that a settlement conference would not be productive at this time, the Court will wait and address the issue again during the Initial Pretrial Conference.
SO ORDERED.
Dated: September 21, 2026

**Re:** ***Pim Shih v. Jamestown LP Chelsea Market et al.***
**Civil File Number 25 Civ. 7671**

Dear Judge Aaron:

This firm represents Defendant Jamestown LP ("Jamestown") (incorrectly named in the Complaint as Jamestown LP Chelsea Market) in the above-referenced action. We write pursuant to Your Honor's Order dated September 10, 2026 (ECF No. 35), which directed Jamestown to indicate Jamestown's position on whether it wishes to participate in a settlement conference and its position with respect to the scheduling of a Rule 16 conference, as both conferences have been requested by Plaintiff.

As Your Honor is aware, service with respect to a named defendant to this action, Artists & Fleas Chelsea Market ("Artists & Fleas"), has not yet been completed. On September 9, 2026, this Court set a deadline of November 10, 2026 for the U.S. Marshals Service to again attempt service of Plaintiff's Summons and Complaint on Artists & Fleas at its Brooklyn address. (ECF No. 32.) The Court further encouraged Jamestown to separately effect service of its crossclaims on Artists & Fleas. (*Id.*)

Artists & Fleas is a necessary party to this action. Indeed, Jamestown has made clear in its Answer with Crossclaims that it cannot be held liable for any of Plaintiff's asserted claims; and if there is eventually a finding of liability, it would be Artists & Fleas, not Jamestown, that would bear ultimate responsibility. As such, while Jamestown is not opposed to an early settlement conference, Jamestown's position is that any such conference should be deferred until Artists & Fleas appears in this action and can participate in the conference. We believe that a settlement conference with all necessary parties in attendance would be most productive and efficient.

Similarly, while Jamestown is cognizant of timing and concerns of delay, Jamestown's position is that the Rule 16 conference should also be deferred until Artists & Fleas, as a necessary party, is formally served and responds to the Complaint and Crossclaims. If we were to proceed with setting a discovery schedule now, that schedule would likely need to be revised

once Artists & Fleas joins in the action, thus resulting in inefficiencies, duplicative proceedings, and premature discovery obligations while a necessary party is absent.

Jamestown thus respectfully submits that there is good cause to delay the Rule 16 conference until after Artists & Fleas is formally brought into this action, and requests that the option of an early settlement conference be further discussed at that time to ascertain whether such conference would be productive. We thank the Court for its attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Maria Papasevastos*

Maria Papasevastos

MP