**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Pim Shih,**

**Plaintiff,**

**-against-**

**Artists & Fleas Chelsea Market and Jamestown LP,**

**Defendants.**

**1:25-cv-07671 (JPC) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of the October 29, 2026 Letter filed by Defendant Artists & Fleas Chelsea, LLC seeking an extension time to respond to the Amended Complaint and Defendant Jamestown's crossclaims and an adjournment of the Initial Pretrial Conference scheduled for November 9, 2026. (10/29/26 Letter, ECF No. 46.) It is hereby ORDERED as follows:

1. The deadline for Defendant Artists & Fleas Chelsea, LLC to respond to the Amended Complaint is extended, *nun pro tunc* and on consent, until December 7, 2026. (*See* 10/29/26 Letter, ECF No. 46, at 1.)

2. The deadline for Defendant Artists & Fleas Chelsea, LLC to respond to Defendant Jamestown's crossclaim is extended, *nun pro tunc* and on consent until December 7, 2026. (*See* 10/29/26 Letter at 2.)

3. The parties shall appear for a telephone conference on November 9, 2026 at 11:00 a.m. to discuss the status of this action but are relieved of the other requirements set forth in the Court's October 13, 2026 Order, including the requirement to submit a proposed Case Management Plan in advance. (*See* 10/13/26 Order, ECF No. 41.) The

Court will further address scheduling during the November 9, 2026 conference.

**SO ORDERED.**

Dated: New York, New York
October 30, 2026

STEWART D. AARON
United States Magistrate Judge