**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Pim Shih,**

**Plaintiff,**

**-against-**

**Artists & Fleas Chelsea Market and Jamestown LP,**

**Defendants.**

**1:25-cv-07671 (JPC) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED that the parties shall meet and confer regarding whether they wish to participate in a settlement conference and, no later than Monday, November 16, 2026, file a joint letter regarding the outcome. If all parties wish to participate, the joint letter shall provide at least four mutually agreeable dates when all parties and counsel are available for a settlement conference and indicate whether the parties are available for the selected dates in the morning, afternoon, or both, as well as the parties' preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

Dated: New York, New York
November 9, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge